# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2294
Lower Tribunal No. 21-12895-CA-01
_____

## Alexander Kaller, et al.,
Appellants,

vs.

## Universal Property & Casualty Insurance Company,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Mintz Truppman, P.A., and Timothy H. Crutchfield, for appellants.

Russo Lima Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before LOGUE, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Marriott Int'l, Inc. v. Am. Bridge Bahamas, Ltd., 193 So. 3d 902, 905 (Fla. 3d DCA 2015) (explaining that when reviewing an order on a motion for directed verdict, "[a]ppellate courts are required to evaluate the evidence in the light most favorable to the non-moving party, and abstain from reweighing any conflicting or ambiguous evidence presented below"); Miami-Dade Cnty. v. Eghbal, 54 So. 3d 525, 526 (Fla. 3d DCA 2011) ("If there is conflicting evidence or if different reasonable inferences may be drawn from the evidence, then the issue is factual and should be submitted to the jury for resolution.").